Printed: 12/21/09 11:01 AM                    **Claims Distribution Small Checks**                    Page: 1

**Trustee: DOUGLAS J. WOLINSKY (650010)**

Case: 08-10482-CAB - EVANS, PETER J.

| Account No. | Check No. | Issued | | | | Amount | Amount | Paid | Small |
| | | Claim No. | Filed | Priority | Claimant | Filed | Allowed | to Date | Payment |
| 312208949666 | 105 | 12/21/09 | Payee: | | United States Bankruptcy Court | | | Check Amount: | $2.89 |
| | | 2 | 09/22/08 | 610 | GREEN MOUNTAIN POWER | 141.06 | 141.06 | 2.89 | 2.89 |
| | | | | | RE: # ENDING IN 6107 | | | | |
| | | | | | 163 ACORN LANE | | | | |
| | | | | | COLCHESTER, VT 05446 | | | | |

(*) Denotes objection to Amount Filed